# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **MARK W. DOBRONSKI**, | Case No. **4:23-cv-10343-SDK-JJCG** |
| Plaintiff, | Honorable Shalina D. Kumar<br>United States District Judge |
| v. | |
| **SOLIDQUOTE LLC**, *et al.*, | Honorable Jonathan J.C. Grey<br>United States Magistrate Judge |
| Defendants. | |

___

## NOTICE OF SETTLEMENT

Plaintiff *Pro Se*, MARK W. DOBRONSKI, hereby notifies the Court, pursuant to Local Rule 41.1, that the parties have reached an agreement to settle all claims in this matter. The parties anticipate that the settlement agreement will be finalized within thirty days (on or before April 10, 2023), at which time a notice of dismissal will be filed.

Respectfully submitted,

Dated: March 10, 2023

_____
Mark W. Dobronski
Post Office Box 85547
Westland, Michigan 48185-0547
Telephone: (734) 330-9671
Email: markdobronski@yahoo.com
Plaintiff *In Propria Persona*

1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on **March 10, 2023**, I caused copies of *Notice of Settlement* to be served upon all parties and/or attorneys of record to the above-captioned cause herein by sending same in a sealed envelope, with first-class postage fully prepared thereupon, and deposited in the United States Mail, addressed as follows:

      Christopher A. Cornwall, Esq.
      Dickinson Wright PLLC
      500 Woodward Avenue, Suite 4000
      Detroit, MI 48226-3425

      _____
      Mark W. Dobronski