# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**MARK W. DOBRONSKI**,

    Plaintiff,

v.

**SOLIDQUOTE LLC**, *et al.*,

    Defendants.

Case No. **4:23-cv-10343-SDK-JJCG**

Honorable Shalina D. Kumar
United States District Judge

Honorable Jonathan J.C. Grey
United States Magistrate Judge

_____

## NOTICE OF DISMISSAL

NOW COMES the Plaintiff Mark W. Dobronski, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby requests that this Court enter its order dismissing the above-captioned case with prejudice.  No answer or motion for summary judgment has been filed by any of the defendants as of the date of this notice.

WHEREFORE, Plaintiff requests that this Court enter its order that the above-captioned case be dismissed with prejudice, each party to bear it's own costs and fees.

Respectfully submitted,

Date: March 28, 2023

_____
Mark W. Dobronski
Post Office Box 85547
Westland, Michigan 48185-0547
(734) 330-9671
markdobronski@yahoo.com
Plaintiff *In Propria Persona*

## CERTIFICATE OF SERVICE

      I hereby certify that on **March 28, 2023**, I caused copies of *Notice of Dismissal* to be served upon all parties and/or attorneys of record to the above-captioned cause herein by sending same in a sealed envelope, with first-class postage fully prepared thereupon, and deposited in the United States Mail, addressed as follows:

      Christopher A. Cornwall
      Dickinson Wright PLLC
      500 Woodward Avenue, Suite 4000
      Detroit, MI 48226-3425

_____
Mark W. Dobronski